UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| RICHARD MILBOURN,<br><br>　　　　　　　Petitioner,<br>　v.<br>OFFICE OF THE WARDEN,<br><br>　　　　　　　Respondent. | Case No. 3:22-cv-00192-RCJ-CSD<br><br>ORDER |

On June 14, 2022, the court dismissed this action that Richard Milbourn styled as a *pro se* petition for writ of habeas corpus, and judgment was entered (ECF Nos. 3, 5). Milbourn has now filed two motions in this closed case that he titled "Original Jurisdiction" emergency motions (ECF Nos. 8,9). He states that he seeks "immediate re-consolidation of the victims of the same crime against them" and states that the "real parties in interest" have been taken hostage by the sheriff. These motions set forth no discernible factual allegations cognizable in federal habeas and are frivolous and delusional.

**IT IS THEREFORE ORDERED** that petitioner's emergency motion for the immediate re-consolidation of the parties and emergency motion to issue writ of habeas corpus (ECF Nos. 8, 9) are both **DENIED**.

**IT IS FURTHER ORDERED** that a certificate of appealability is denied.

DATED: July 26, 2022.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　ROBERT C. JONES
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE